```
                                          FILED
                                          June 15, 2006
                                          CLERK, US DISTRICT COURT
                                          EASTERN DISTRICT OF
                                          CALIFORNIA
                                          DEPUTY CLERK
```

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. Mag. 06-0165-KJM |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| SUKRAJAN SINGH MANN, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release SUKRAJAN SINGH MANN, Case No. Mag. 06-0165-KJM, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    _X_   **Bail Posted in the Sum of $200,000.00**

        _X_   **Unsecured Appearance Bond**

            **(To be secured by real property within 14 days)**

        ___   Appearance Bond with 10% Deposit

        ___   Appearance Bond with Surety

        _X_   (Other) **Conditions as stated on the record**

        _X_   (Other) **Deft is to be released after 3:00 pm on 06/15/06 and is instructed to meet with the Pretrial Services Officer at 8:30 am on 06/16/06 before his departure to Tennessee.**

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  June 15, 2006  at  _10:00 a.m._.

By _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge