-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
June 15, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>SUKRAJAN SINGH MANN, )<br>)<br>Defendant. ) | Case No. Mag. 06-0165-KJM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release SUKRAJAN SINGH MANN, Case No. Mag. 06-0165-KJM, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   **Bail Posted in the Sum of $200,000.00**

    _X_   **Unsecured Appearance Bond**

        **(To be secured by real property within 14 days)**

    ___   Appearance Bond with 10% Deposit

    ___   Appearance Bond with Surety

    _X_   (Other) **Conditions as stated on the record**

    _X_   (Other) **Deft is to be released after 3:00 pm on 06/15/06 and is instructed to meet with the Pretrial Services Officer at 8:30 am on 06/16/06 before his departure to Tennessee.**

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  June 15, 2006  at  _10:00 a.m._.

By  _/s/ Dale A. Drozd_
      Dale A. Drozd
      United States Magistrate Judge