Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>        vs.<br><br>Johan Gajsek,<br><br>                Defendant | Case No.: CR.S. 06-256 GEB<br><br>STIPULATION AND ORDER TO CONTINUE<br>STATUS CONFERENCE<br><br>DATE:   December 8, 2006<br>TIME:   9:00 a.m.<br>COURT:  Hon. Garland E. Burrell |

    Defendants Johan Gajsek and Sukrajan Mann are charged in an indictment alleging four counts of violations of 21 U.S.C. §§s 841(a)(1) & 846 – Conspiracy to Distribute and Possess with Intent to Distribute MDMA.  A status conference was set for November 3, 2006.  The government has produced a large volume of discovery including videotapes and CD roms.  The parties are reviewing discovery and engaging in investigation, as well as involved negotiations regarding settlement of this matter.

    The parties therefore request that the status conference be continued to December 8, 2006 at 9:00 a.m.  This date is available with the Court.  The parties agree that time should be excluded under

///

-1-

PDF created with pdfFactory trial version www.pdffactory.com

18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: November 2, 2006          Respectfully submitted,


                                 _/s/ Shari Rusk_____
                                 Shari Rusk
                                 Attorney for Defendant
                                 Johan Gajsek

Dated: November 2, 2006
                                 /s/ Greg Foster by SR____
                                 Greg Foster
                                 Attorney for Defendant
                                 Sukrajan Mann

Dated: November 2, 2006          /s/ Robert Twiss by SR
                                    Robert Twiss
                                    Assistant United States Attorney


**ORDER**

     IT IS SO ORDERED.  The Court finds excludable time through December 8, 2006, based on Local Code T4, giving counsel reasonable time to prepare.

DATED: November 3, 2006

                                 _____
                                 GARLAND E. BURRELL, JR.
                                 United States District Judge

-2-

PDF created with pdfFactory trial version www.pdffactory.com