1  McGREGOR W. SCOTT
   United States Attorney
2  ROBERT M. TWISS
   Assistant United States Attorneys
3  501 I Street, 10th Floor
   Sacramento, California 95814
4  Telephone: (916) 554-2767

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. 06-256 GEB |
| | ) | |
| Plaintiff, | ) | Stipulation and Proposed Order |
| | ) | Continuing Matter for Further |
| v. | ) | Proceedings |
| | ) | |
| SUKRAJAN MANN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

It is hereby agreed and stipulated by the United States, through its undersigned counsel, and by defendant Sukrajan Mann, through his counsel Gregory Foster, that the status conference scheduled for Friday, January 12, 2007, should be VACATED and CONTINUED approximately four weeks until February 9, 2007 at 9:00 a.m. The continuance is necessary to allow defense counsel sufficient time to meet with and advise defendant Mann whether to accept the plea offer of the United States. Counsel for defendant Mann currently is scheduled to be in trial for the next several weeks, so his schedule requires an extended continuance

1  of this matter.  The parties further agree and stipulate that
2  time should be excluded under the Speedy Trial Act due to needs
3  of counsel to prepare [local code T4] up to and including
4  February 9, 2007.
5      Accordingly, defendant Franklin and the United States agree
6  and stipulate that the preliminary hearing should be continued
7  until 9:00 a.m. on Friday, February 9, 2007.  Defendant Franklin
8  and the United States agree and stipulate that the needs of
9  counsel to evaluate the plea offer and advise his client exceed
10 the needs of the public for a trial within 70 days, so that the
11 interests of justice warrants a further exclusion of time.
12     Counsel for defendant Mann advised the undersigned counsel
13 for the United States via email on January 9, 2007 that he would
14 be out of town for a funeral until Thursday January 11th, and
15 asked me to prepare and sign a stipulation and proposed order to
16 the effect of the foregoing for him.
17 Dated: January 11, 2007

                                    McGREGOR W. SCOTT
                                    United States Attorney

                                By: /S/ Robert Twiss_____
                                    ROBERT M. TWISS
                                    Assistant U.S. Attorney

22 Dated: January 11, 2007

                                     SUKRAJAN MANN
                                     Defendant


                                By: /S/ RMT for Gregory Foster
                                    GREGORY FOSTER
                                    Counsel for Defendant

27 ///
28 ///

2

|    |    |
|----|----|
| 1  | ORDER |
| 2  | It is so ORDERED.  The status conference currently scheduled |
| 3  | for January 12, 2007, is VACATED and CONTINUED until February 9, |
| 4  | 2007 at 9:00 pm.  Time is excluded under the Speedy Trial Act |
| 5  | until February 9, 2007 due to the needs of counsel to prepare |
| 6  | [Local code T4].  I also find that the needs of counsel to |
| 7  | evaluate the plea offer and advise his client exceed the needs of |
| 8  | the public for a trial within 70 days, so that the interests of |
| 9  | justice warrants a further exclusion of time. |
| 10 | Dated:  January 12, 2007 |
| 12 | GARLAND E. BURRELL, JR. |
| 13 | United States District Judge |