**Gregory W. Foster**
Attorney at Law, SBN 121931
717 K Street, Suite 300
Sacramento, CA  95814
(916) 554-7699
(916) 554-7640 fax

Attorney for SUKRAJAN MANN

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

SUKRAJAN MANN,

                Defendant.

Case No.  CR-S-06-256-GEB

**REQUEST FOR ORDER EXONERATING BOND AND RECONVEYING INTEREST IN REAL  PROPERTY FOLLOWING SURRENDER OF DEFENDANT.**

      The defendant's release in this case was secured with a property bond on real property located in the State of Tennessee.  The receipt for the deed of trust in favor of this court was filed on or about July 24, 2006.  The defendant has been sentenced and was given a surrender date of June 15, 2007.  The defendant surrendered as ordered.  The file in the present case contains a signed execution of judgment from the warden at said federal facility.

      Therefore, it is respectfully requested that the court issue an order directing the clerk of the court to reconvey any and all interest in said property that was placed as security for the defendant's release.

Dated: July 12, 2007                                _____/s/_____
                                                                          GREGORY W. FOSTER
                                                                          Attorney at Law

**Gregory W. Foster**
Attorney at Law, SBN 121931
717 K Street, Suite 300
Sacramento, CA  95814
(916) 554-7699
(916) 554-7640 fax

Attorney for SUKRAJAN MANN

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   vs.<br><br>SUKRAJAN MANN,<br><br>            Defendant. | Case No.  CR-S-06-256-GEB<br><br>**ORDER EXONERATING APPEARANCE BONDS AND ORDER FOR RECONVEYANCE OF DEEDS OF TRUST** |

   GOOD CAUSE APPEARING and the defendant, Sukrajan Mann, having already been sentenced and having surrendered on June 15, 2007 to the sentence imposed by this Court,

   IT IS HEREBY ORDERED that the Appearance Bonds previously posted as security for the defendant, Sukrajan Mann, are hereby exonerated.  The Clerk of this Court is directed to forthwith prepare and cause to be filed all Deeds of Reconveyance necessary to fully exonerate these Appearance Bonds.

Dated:   July 16, 2007

*/s/ Garland E. Burrell, Jr.*

GARLAND E. BURRELL, JR.

United States District Judge